# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:19-CV-270 |
| 30.00 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ALEIDA FLORES aka ALEIDA GARCIA, | § § § § § § | |
| *Defendants.* | § | |

## JOINT STATUS UPDATE

The parties file this Joint Status Report, in response to the District Court's October 15, 2019 Order[1] and in preparation of the status conference scheduled for February 25, 2020, and inform the Court as follows:

1. On August 5, 2019, Plaintiff filed a Complaint in Condemnation[2] and Declaration of Taking[3] pursuant to 40 U.S.C. §§ 3113 and 3114 for the taking of a temporary easement to enter in, on, over, and across Defendants' real property located in Hidalgo County, Texas.

2. Defendant filed an Answer[4] to the Complaint on October 3, 2019.

3. An Order for Conference[5] was issued and an Initial Pretrial and Scheduling Conference was set for October 16, 2019.

---

[1] Dkt. No. 17.
[2] Dkt. No. 1
[3] Dkt. No. 2
[4] Dkt. No. 13
[5] Dkt. No. 4

4. On October 15, 2019 the Court issued an Order[6] setting deadlines and canceling the Initial Pretrial Conference.  As part of this Order the Court set a deadline of January 10, 2020, to file any Motions for Immediate Possession.

5. The United States however, had filed an Opposed Motion for Order of Immediate Possession[7] on October 11, 2019, and Defendant filed her Response[8] to the Opposed Motion for Immediate Possession on November 1, 2019.

6. The United States has agreed to give Defendant 72 hour prior notice before entering the property to conduct the survey.  The parties have conferred over the possibility of reaching an agreement regarding possession of the property for purpose of the right of entry but have not been able to reach an agreement.

7. On January 28, 2020, the United States filed an Opposed Motion for a Hearing on the Opposed Motion for Order of Immediate Possession.[9]

8. Attorneys for all parties have conferred and discussed the matter of just compensation for the Right of Entry but parties have not been able to reach an agreement.

9. Thus, the parties request the status conference scheduled for February 25, 2020, at 9:00 a.m. continue as a Scheduling Conference.

---

[6] Dkt. No. 17.
[7] Dkt. No. 16.
[8] Dkt. No. 18.
[9] Dkt. No. 19.

| | |
|---|---|
| FOR DEFENDANTS | FOR PLAINTIFF: |

By: *s/ Ricardo A. Garza* (with permission)
**RICARDO A. GARZA**
Texas State Bar No. 24109912
Southern District of Texas No. 3336127
1017 West Hackberry Avenue
Alamo, Texas 78516
Telephone (956) 787-8171 ext. 122
ricky@texascivilrightsproject.org
Attorney for Defendant

and

**EFRÉN C. OLIVARES**
Texas State Bar No. 24065844
Southern District of Texas No. 1015826
1017 West Hackberry Avenue
Alamo, Texas 78516
Telephone (956) 787-8171 ext. 121
efren@texascivilrightsproject.org
Attorney-in-Charge

and

**EMMA HILBERT**
State Bar No. 24107808
Southern District of Texas No. 2942270
1405 Montopolis Dr.
Austin, TX 78741
Telephone (512) 474-5073 ext. 105
emma@texascivilrightsproject.org
Attorney for Defendant

and

**ERIN THORN VELA**
State Bar No. 24093261
Southern District of Texas No. 2744303
1017 West Hackberry Avenue
Alamo, Texas 78516
Telephone (956) 787-8171 ext. 127
mailto:erin@texascivilrightsproject.org

Respectfully submitted,
**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8004
Facsimile: (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on January 31, 2020, a copy of the foregoing was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

By: *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney