IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 7:19-CV-270 |
| 30.00 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ALEIDA FLORES, | § § § § § § | |
| *Defendants*. | § § | |

## ORDER

On March 27, 2020, this Court ordered both parties "to file their just compensation briefs and evidence" by April 27, 2020.[1] On April 27, 2020, the parties submitted their briefs in accordance with this Court's order.[2] On May 7, 2020, Plaintiff filed an opposed motion for leave to file a "reply" to Defendant's just compensation brief.[3] Defendant filed her response on May 28, 2020.

Now, having considered Plaintiff's Motion for Leave to File a Reply to Defendant's Brief for Just and Adequate Compensation, and Defendant's Response, this Court hereby:

_____ DENIES the motion.

So ORDERED this _____, day of _____, 20\_\_\_\_.

**MICAELA ALVAREZ**
United States District Judge

---

[1] Dkt. No. 25.
[2] Dkt. Nos. 26-27.
[3] Dkt. No. 28.